# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CENTER FOR ENVIRONMENTAL LAW AND POLICY,

_____
*Plaintiff*

v.

UNITED STATES FISH AND WILDLIFE SERVICES; and JAMES W. KURTH, in his official capacity as Acting Director of the United States Fish and Wildlife Service,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:15-CV-264-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   Plaintiff's Motion for Permanent Injunction and Entry of Judgment (ECF No. 49) is GRANTED.  Judgment is entered in favor of Plaintiff in accordance with the Order entered at ECF No. 75 and the Court's Order Granting Plaintiff's Motion for Partial Summary Judgment and Denying Defendant's Motion for Judgment on the Pleadings and Motion for Summary Judgment (ECF No. 42).

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge        Salvador Mendoza, Jr._____ on a Motion for Permanent Injunction and Entry of  Judgment (ECF No. 49) and the Court's Order Re Summary Judgment (ECF No. 42).

Date:  May 3, 2017_____

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb